MICHAEL G. PEDHIRNEY, Bar No. 233164
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: 415.433.1940
mpedhirney@littler.com

JOHN H. ADAMS, JR., Bar No. 253341
LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
Telephone: 916.830.7200
jhadams@littler.com

Attorneys for Defendant
ADAMS AND ASSOCIATES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA SHANNON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SACRAMENTO JOB CORPS CENTER, ADAMS & ASSOCIATES, INC., and DOES 1 – 50 inclusive,<br><br>　　　　　Defendants. | Case No.<br><br>**DECLARATION OF TIFFINAY PAGNI IN SUPPORT OF NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT UNDER 28 U.S.C. SECTION 1441**<br><br>[DIVERSITY JURISDICTION] |

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

DECLARATION OF TIFFINAY PAGNI IN SUPPORT OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT

I, Tiffinay Pagni, hereby declare and state:

1. I am the General Counsel and Vice President of Adams and Associates, Inc. ("Adams" or "Defendant"), Defendant in the above-titled action. I have held this position since on or about July 2013. I make this Declaration in support of Defendant's Notice of Removal of Civil Action to Federal Court pursuant to 28 U.S.C. § 1332 and § 1441. Except where otherwise indicated, all of the information set forth herein is based on my personal knowledge, and if called to testify and sworn as a witness, I could and would competently testify thereto.

2. In my capacity as General Counsel and Vice President, I am readily familiar with the corporate structure of Adams and Associates, Inc., as well as the contracts entered into by Adams, including contracts with the United States Department of Labor ("DOL") and various prime contractors for administration of the Job Corps program at various locations. At all times relevant to this notice of removal, including when the alleged facts in Plaintiff Erika Shannon's Complaint purportedly occurred, when the case was filed, and at the present, Adams was and is a Nevada Corporation and a 100 percent Employee Owned Company (ESOP). Adams is incorporated in Nevada with its principal place of business and headquarters in Nevada. As General Counsel and Vice President, I maintain my office in Reno, Nevada.

3. I have reviewed certain records regarding Ms. Shannon's employment with Adams at the Sacramento Job Corp Center (the "Center"), which Adams was contracted by the DOL, as a subcontractor to McConnell Jones Lanier & Murphy LLP ("MJLM"), to run during the time period April 2014 through November 2017.

4. On or about April 18, 2014, Adams hired Ms. Shannon as a Residential Advisor at the Center. During her employment at the Center, Shannon was employed solely by Adams.

5. In November 2017, when Adams' and MJLM's contract with DOL ended (and Shannon's employment with Adams also ended), Ms. Shannon was receiving an hourly rate of pay of $15.30, the equivalent of $31,824 for a year of full-time work.

---

[1] In the caption and in her Complaint, Plaintiff improperly identifies Defendant Adams and Associates, Inc. as "Adams Associates, Inc."

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

DECLARATION OF TIFFINAY PAGNI IN SUPPORT OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT

6. Additionally, while Ms. Shannon was employed by Adams, she received various benefits including medical insurance, dental insurance, and vision insurance.

7. Job Corps is a nationwide program of the DOL that provides help to eligible young people ages 16 through 24 to complete their high school education, train for meaningful careers, and obtain employment. There are Job Corps Centers throughout the country; these are the locations where Job Corps programs are administered. The DOL contracts with providers such as Adams to administer the Job Corps programs in each location. The "Sacramento Job Corps Center" is a location where the Job Corps program is administered; it is not an employer, and it never employed Plaintiff.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 26th day of May, 2020, in Reno, Nevada.

Name: Tiffinay Pagni
Title: General Counsel and Vice President

4819-2409-5933.1 093167.1008

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

2.

DECLARATION OF TIFFINAY PAGNI IN SUPPORT OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT