MICHAEL G. PEDHIRNEY, Bar No. 233164
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: 415.433.1940
mpedhirney@littler.com

JOHN H. ADAMS, JR., Bar No. 253341
LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
Telephone: 916.830.7200
jhadams@littler.com

Attorneys for Defendant
ADAMS AND ASSOCIATES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ERIKA SHANNON, | Case No. |
|---|---|
| Plaintiff, | **DEFENDANT ADAMS AND ASSOCIATES, INC.'S CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| SACRAMENTO JOB CORPS CENTER, ADAMS & ASSOCIATES, INC., and DOES 1 – 50 inclusive, | |
| Defendants. | |

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

DEFENDANT ADAMS AND ASSOCIATES, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Adams and Associates, Inc., makes the following corporate disclosures:

Defendant Adams and Associates, Inc., is a non-government owned Nevada corporation. It has no parent corporation, and no publicly held corporation owns 10 percent or more of its stock.

Dated: May 28, 2020

                                      */s/ John H. Adams, Jr.*
                                      MICHAEL G. PEDHIRNEY
                                      JOHN H. ADAMS, JR.
                                      LITTLER MENDELSON, P.C.
                                      Attorneys for Defendant
                                      ADAMS AND ASSOCIATES, INC.

4828-9754-9499.2 093167.1008

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

DEFENDANT ADAMS AND ASSOCIATES, INC.'S CORPORATE DISCLOSURE STATEMENT