MICHAEL G. PEDHIRNEY, Bar No. 233164
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: 415.433.1940
mpedhirney@littler.com

JOHN H. ADAMS, JR., Bar No. 253341
LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
Telephone: 916.830.7200
jhadams@littler.com

Attorneys for Defendant
ADAMS AND ASSOCIATES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA SHANNON,<br><br>              Plaintiff,<br><br>       v.<br><br>SACRAMENTO JOB CORPS CENTER, ADAMS & ASSOCIATES, INC., and DOES 1 – 50 inclusive,<br><br>              Defendants. | Case No.<br><br>**CERTIFICATE OF SERVICE** |

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

4837-4407-6477.1 093167.1008

CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 500 Capitol Mall, Suite 2000, Sacramento, California 95814. On May 28, 2020, I served the within document(s):

**NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT UNDER 28 U.S.C. SECTION 1441**

**CIVIL COVER SHEET**

**DECLARATION OF TIFFINAY PAGNI IN SUPPORT OF REMOVAL**

**DEFENDANT ADAMS AND ASSOCIATES, INC.'S CORPORATE DISCLOSURE STATEMENT**

☐ **By United States Mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses below and *(specify one):*

   ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

   ☐ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at*:* **Sacramento, California**.

☐ **By Overnight Delivery.** I deposited a true copy of the same enclosed in a sealed envelope, with delivery fees provided for, in an overnight delivery service pick up box or office designated for overnight delivery, and addressed as set forth below.

☐ **By Personal Delivery.** I personally delivered the documents to the persons at the addresses listed below. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office, between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

☒ **By Electronic Service**. Based on a court order or an agreement of the parties to accept electronic service, I caused the documents to be sent to the persons at the electronic service addresses listed below.

4837-4407-6477.1 093167.1008

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

CERTIFICATE OF SERVICE

MARK P. VELEZ, ESQ.
NATALYA V. GRUNWALD, ESQ.
THE VELEZ LAW FIRM
3010 Lava Ridge Court, Suite 120
Roseville, CA 95661
Telephone: (916) 774- 2720
Facsimile: (916) 774-2730

velezlaw@live.com

Attorneys for Plaintiff ERIKA SHANNON

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on May 28, 2020, at Sacramento, California.

*/s/ Laura Kahl*
LAURA KAHL

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

4837-4407-6477.1 093167.1008        2.        Case No. 2:16-cv-00289-TLN-KJN
MASTER CAPTION