MARK P. VELEZ, ESQ. (SBN 163484)
NATALYA V. GRUNWALD, ESQ. (SBN 265084)
THE VELEZ LAW FIRM
3010 Lava Ridge Court, Suite 120
Roseville, CA 95661
Telephone: (916) 774- 2720
Facsimile: (916) 774-2730
velezlaw@live.com

Attorneys for Plaintiff ERIKA SHANNON


MICHAEL G. PEDHIRNEY, Bar No. 233164
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, CA  94104
Telephone:     415.433.1940
mpedhirney@littler.com

JOHN H. ADAMS, JR., Bar No. 253341
LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA  95814
Telephone:     916.830.7200
jhadams@littler.com

Attorneys for Defendant
ADAMS AND ASSOCIATES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA SHANNON,<br><br>                 Plaintiff,<br><br>       v.<br><br>SACRAMENTO JOB CORPS CENTER, ADAMS & ASSOCIATES, INC., and DOES 1 – 50 inclusive,<br>Defendants. | Case No. 2:20-CV-01080-KJM-AC<br><br>**STIPULATION AND ORDER TO EXTEND TIME PREVIOUSLY ALLOWED BY COURT FOR THE PARTIES TO EXPLORE PRIVATE MEDIATION** |

Plaintiff ERIKA SHANNON ("Plaintiff") and Defendant ADAMS AND ASSOCIATES, INC. ("Defendant") by and through their respective counsel of record, stipulate and agree as follows, and request that the Court enter an order upon this stipulation:

WHEREAS, on or about October 22, 2020 this Court issued MINUTES for Scheduling Conference, issuing an Order for the Parties to "exhaust private mediation and notify the court no later than 4/16/2021 if they were unable to settle the case and why the court should not schedule a May 2021 settlement conference before a Magistrate Judge of this Court."

WHEREAS, the Parties have been diligently involved in the discovery process.

WHEREAS, the Parties are seeking an extension of time to exhaust private mediation.

WHEREAS, the Parties stipulate that good cause exists for this Court to allow the Parties an additional two months in order to have sufficient time to exhaust private mediation.

WHEREAS, the Parties respectfully request that the Court enter an Order granting the Parties an extension of two months to submit a written notice to the Court regarding the Parties' exhaustion of private mediation.

**IT IS SO STIPULATED.**

Dated: April 21, 2021                                **THE VELEZ LAW FIRM, P.C.**

By:   */s/ Natalya V. Grunwald* as authorized on April 21, 2021
         Mark P. Velez
         Natalya V. Grunwald
         Attorneys for Plaintiff ERIKA SHANNON

Dated: April 21, 2021                                **LITTLER MENDELSON, P.C.**

By:   */s/ Michael G. Pedhirney*
         Michael G. Pedhirney
         John H. Adams
         Attorneys for Defendant
         ADAMS AND ASSOCIATES, INC.

**ORDER**

**PURSUANT TO THE ABOVE STIPULATION,** the Parties are granted an extension of two (2) months during which the Parties are directed to exhaust private mediation and notify the Court no later than June 16, 2021 if they were unable to settle the case and why the Court should not schedule a settlement conference before a Magistrate Judge of this Court.

**IT IS SO ORDERED.**

DATED:  April 26, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE